UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CASE NO.: 6:10-bk-13733-ABB
    SCOTT A SPROULE and
    PATRICIA C SPROULE

    Debtors                                  Chapter 13
_____/

__X__ **Chapter 13 Plan**                              _____ **Amended Chapter 13 Plan**

COME NOW, the Debtors and file this Chapter 13 Plan. The projected disposable income of the Debtors is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtors shall pay the following sums to the Chapter 13 Standing Trustee:

**Plan Payments**

| Payment Number by months | Amount of Monthly Plan Payment |
|---|---|
| 1-60 (Sept 2010 – Aug 2015) | $ 3,270.19 |

The Debtors shall mail a **money order** or **cashier's check** or **wage deduction,** to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtors name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

**PAYMENT OF CLAIMS THROUGH THE PLAN**

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Walter F. Benenati | $ 2,500.00 | $ 300.00 | Months 1-9 |
|  |  | $ 200.00 | Month 10 |

**Priority Claims:**

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and the Trustee be paid as follows:

| Payment Number by Months | Amount of Monthly Plan payment |
| --- | --- |
| 1-60 (Sept 2010 – Aug 2015) | $327.02 |

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
| --- | --- | --- | --- |
| Chase Manhattan Mortgage | $ 261,205.00 | $ 2,338.37 | Months 1-60 |
| GMAC (Loan No. 029912333398) | $ 36,815.00 ($1^*$) | | |
| GMAC (Loan No. 029910182498) | $ 19,081.00 ($2^*$) | $ 265.80 | Months 1-60 |
| Regions Bank | $ 30,930.00($3^*$) | | |

($1^*$) A motion to pay this claim outside plan has been filed.
($2^*$) A motion to value this claim will be filed.
($3^*$) A motion to strip this lien will be filed.

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
| --- | --- | --- | --- |
| Chase Manhattan Mortgage | $ 9,999.60 | $ 200.00 | Month 9 |
| | | $ 192.00 | Month 10-59 |
| | | $ 199.60 | Month 60 |

**Secured Gap Payment**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
| --- | --- | --- | --- |
| Chase | $ 2,340.00 | $ 39.00 | Months 1-60 |

**Valuation of Security**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| GMAC | $ 14,000.00($_2$*) | $ 265.80 (5.25%) | Months 1-60 |
| Regions Bank | $ 30,900.00($_3$*) | | |

($_2$*) A motion to value this claim will be filed.
($_3$*) Debtor will file a motion to strip the lien of the second mortgage/lien of credit owed to Regions Bank for their homestead located at 9135 Mossy Oak Lane, Clermont, FL 34711

**The following Executory Contracts are assumed:**

| Name of Creditor: | Description of Collateral: |
|---|---|
| Chase Manhattan Mortgage | Homestead located at 9135 Mossy Oak Lane Clermont, FL 34711 |
| GMAC (Loan No. 029912333398) | 2006 Chevrolet Truck Trail Blazer V8 Utility VIN: 1GNES13H162259530 ($_1$*) |
| GMAC (Loan No. 029910182498) | 2008 Chevrolet Truck Suburban V8 Utility C1500 LTZ VIN: 3GNFC16J68G170837($_2$*) |
| Regions Bank | Homestead located at 9135 Mossy Oak Lane Clermont, FL 34711($_3$*) |

($_1$*) A motion to pay this claim outside plan has been filed.
($_2$*) A motion to value this claim will be filed.
($_3$*) A motion to strip this lien will be filed.

**Unsecured Creditors**: whose claims are allowed shall receive a pro rata share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: 6%.

Property of the Estate revests in the Debtor(s) upon completion of all plan payments and the discharge of Debtor(s).

## CERTIFICATE OF SERVICE

I/We hereby certify that a true and correct copy of the Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 17th day of August, 2010.

_____
Debtor

_____
Debtor

/s/ WALTER F. BENENATI
Walter F. Benenati
Law Offices of Walter F. Benenati
Credit Attorney, P.A.
105 E. Robinson Street Suite 302
Orlando, Florida 32801
(407) 236-7171
(407) 236-7667
Attorney for Debtor(s)

| | | |
|---|---|---|
| bel Matrix for local noticing<br>3A-6<br>se 6:10-bk-13733-ABB<br>ddle District of Florida<br>lando<br>e Aug 17 13:49:42 EDT 2010 | Atlantic Crd<br>P O Box 13386<br>Roanoke, VA 24033-3386 | Bank Of America<br>Attn: Bankruptcy NC4-105-02-99<br>Po Box 26012<br>Greensboro, NC 27420-6012 |
| lter F Benenati<br>lter F Benenati, Credit Attorney PA<br>5 E Robinson Street<br>ite 302<br>lando, FL 32801-1622 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase - Cc<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| ase Manhattan Mortgage<br>tention: Research Dept. G7-PP<br>15 Vision Drive<br>lumbus, OH 43219-6009 | Citibank Usa<br>Attn.: Centralized Bankruptcy<br>Po Box 20363<br>Kansas City, MO 64195-0363 | Citifinancial<br>300 Saint Paul Place<br>Baltimore, MD 21202-2120 |
| tifinancial Retail Services<br>tifinancial/Attn: Bankruptcy Dept<br>11 Northpoint Dr<br>ppell, TX 75019-3831 | Dell Financial Services<br>Attn: Bankruptcy Dept.<br>Po Box 81577<br>Austin, TX 78708-1577 | Fia Card Services, NA As Successor In Inte<br>Bank of America NA and Mbna America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 |
| orida Department of Revenue<br>nkruptcy Unit<br>st Office Box 6668<br>llahassee FL 32314-6668 | G M A C<br>P O Box 380901<br>Bloomington, MN 55438-0901 | Gemb/care Credit<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 |
| mb/jcp<br>tention: Bankruptcy<br>Box 103104<br>swell, GA 30076-9104 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | John Deere<br>PO Box 5327<br>Madison, WI 53705-0327 |
| hls<br>tn: Recovery Dept<br>Box 3120<br>lwaukee, WI 53201-3120 | Lake County Tax Collector<br>Attn: Bob McKee<br>Post Office Box 327<br>Tavares FL 32778-0327 | Law Offices of Bret Jones<br>700 Almond Street<br>Clermont, FL 34711-3124 |
| lnet<br>tn: Claims<br>Box 17460<br>nver, CO 80217-0460 | Regions Bank<br>720 North 39th Str<br>Birmingham, AL 35222-1112 | Sheffield Financial Co<br>P O Box 1704<br>Clemmons, NC 27012-1704 |
| tricia C Sproule<br>35 Mossy Oak Lane<br>ermont, FL 34711-7838 | Scott A Sproule<br>9135 Mossy Oak Lane<br>Clermont, FL 34711-7838 | Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

ternal Revenue Service
st Office Box 21126
iladelphia PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| )Arthur B. Briskman | (u)Insight Financial C U | End of Label Matrix | |
| lando | | Mailable recipients | 26 |
| | | Bypassed recipients | 2 |
| | | Total | 28 |